PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Joseph Parente  **Docket Number:** 15-09247M-001
 **PACTS Number:** 1815062

**Name of Sentencing Judicial Officer:** THE HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 04/06/2016

**Original Offense:** 21 U.S.C. § 844(a): POSSESSION OF CDS

**Original Sentence:** 24 months probation

**Special Conditions:** Special Assessment, Fine, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Other Condition, No New Debt/Credit

**Type of Supervision:** Probation  **Date Supervision Commenced:** 04/06/2016

**Assistant U.S. Attorney:** Mikie Sherrill, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Carter (AFPD), Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.'** |
| | On October 12 and October 31, 2016, Parente failed to report to the probation office as instructed. |
| 2 | The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'** |

On April 18, 2017, Parente was questioned by members of the Exeter Police Department in New Hampshire and failed to notify the probation office about this encounter with law enforcement.

3      The offender has violated the standard supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'**

As outlined in violation count two, the offender traveled to Exeter, New Hampshire without permission. His current whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 04/25/2017

---

THE COURT ORDERS:

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☐ Other

_____
Signature of Judicial Officer

5/18/17
_____
Date